**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JAVIER ALEXANDER GUILLEN, | * | |
| Petitioner, | * | |
| v. | * | Civil No. 26-3163-BAH |
| TODD BLANCHE ET AL., | * | |
| Respondents. | * | |

* * * * * * * * * * * * * *

**ORDER**

Petitioner has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). Upon reviewing the Petition, it appears that this case may present a straightforward question of whether the petitioner should be subject to the mandatory detention scheme of 8 U.S.C. § 1225 or is subject to 8 U.S.C. § 1226(a)'s discretionary detention framework and is thus eligible for bond. The Court recently issued orders in a number of cases addressing this precise issue. *See, e.g.*, *Ailon-Lopez v. Bondi*, Civ. No. 26-160-BAH, *Arevalo-Ixam v. Noem*, Civ. No. 26-081-BAH, *Baicu v. Baker*, Civ. No. 26-202-BAH, *Vicente Romero v. Bondi*, Civ. No. 26-219-BAH, and *Aguirre Aguirre v. Baker*, Civ. No. 26-319-BAH. These orders expressly adopted the reasoning outlined in *Maldonado v. Baker*, Civ. No. 25-3084-TDC, 2025 WL 2968042 (D. Md. Oct. 21, 2025), *Hernandez-Lugo v. Bondi*, Civ. No. GLR-25-3434, 2025 WL 3280772 (D. Md. Nov. 25, 2025), and *Afghan v. Noem*, Civ. No. SAG-25-04105, 2025 WL 3713732 (D. Md. Dec. 23, 2025), and granted relief to the petitioners. Specifically, the Court enjoined Respondents from detaining the petitioner under § 1225(b), ordered that a bond hearing under § 1226(a) and accompanying

regulations be held within 7 to 14 days and further ordered that Respondents release the petitioner if a bond hearing is not held by that time.

**By Thursday, August 13, at 10:00 a.m., Respondents are directed to SHOW CAUSE why the Court should not treat the instant habeas petition in the same manner and order the same relief.** In their response, Respondents may indicate any objections they wish to preserve and/or direct the Court to any arguments they wish to incorporate.[1] Petitioner may also file a response by that deadline, should he wish to do so. Alternatively, the parties may jointly propose a briefing schedule.

If counsel has not yet entered an appearance on behalf of Respondents, the Clerk is directed to email a copy of this order to the Civil Division Chief for the United States Attorney's Office for the District of Maryland.

Dated: August 11, 2026

/s/
Brendan A. Hurson
United States District Judge

[1] Respondents are directed to specifically note if they incorporate an argument or objection that they have not previously asked the Court to consider in another case. A short reference to the case and filing is sufficient as the Court will fully incorporate any argument raised in the referenced case.